IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN WEDDINGTON | : | CIVIL ACTION |
| v. | : | |
| BRIAN COLEMAN, et al. | : | NO. 08-1765 |

## ORDER

AND NOW, this 6th day of January, 2009, upon consideration of the Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2254 and the Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED and DISMISSED;

3. A certificate of appealability shall not issue since, for the reasons set forth in the Report and Recommendation, a reasonable jurist could not conclude that the Court is incorrect in dismissing petitioner's procedurally defaulted habeas claims, and petitioner has not made a substantial showing of the denial of a constitutional right with regard to his remaining claim.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.